UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCSLLC | CASE NO. 6:25-CV-00551 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| PARISH OF IBERIA ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motion to Dismiss (Rec. Doc. 13) is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent it seeks dismissal of M. Larry Richard in his official capacity as Parish President. Plaintiff's claims against M. Larry Richard in his official capacity are DISMISSED WITH PREJUDICE. The motion is denied in all other respects.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall file an amended complaint to properly name Iberia Parish Government.

Signed at Lafayette, Louisiana, this 17th day of November, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE